# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JESSE WILLIAM HOLLAND, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-19-317-R |
| | ) |
| HECTOR RIOS, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner, a state prisoner appearing *pro se*, filed this action pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. *See* Doc. 1. Pursuant to 28 U.S.C. § 636(b)(1), the matter was referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. *See* Doc. 3. On April 10, 2019, Judge Mitchell issued a Report and Recommendation, wherein she recommended the petition be transferred to the United States District Court for the Northern District of Oklahoma because Petitioner's state court conviction was in the District Court of Tulsa County, which is located in the Northern District of Oklahoma. *See* Doc. 5. Petitioner has neither filed an objection to the Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby adopted, and the Clerk of Court is directed to transfer this action to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 7th day of May, 2019.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE