# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JESSE WILLIAM HOLLAND, | ) |
| Petitioner, | ) |
| v. | ) Case No. 19-CV-0246-GKF-CDL |
| JIM FARRIS, | ) |
| Respondent. | ) |

## **JUDGMENT**

This matter came before the Court on Petitioner Jesse William Holland's amended petition for writ of habeas corpus, under 28 U.S.C. § 2254. In an opinion and order filed contemporaneously herewith, the Court denied the amended petition.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this judgment is entered against Petitioner and in favor of Respondent.

**DATED** this 18th day of August 2022.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE